# UNITED STATES DISTRICT COURT
for the

District of Columbia     OHND Case No. 1:24 MJ 4036

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00083 |
|  | ) Assigned To : Judge Robin M. Meriweather |
| Patrick Duffy | ) Assign. Date : 3/4/2024 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                  *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

████████████████
*Complainant's signature*

████████████████
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/04/2024

*[signature]* 2024.03.04 13:07:18 -05'00'

*Judge's signature*

City and state:     Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*